**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LUZ MARY CARMONA, | : | No. 312 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (ALLEGHENY VALLEY SCHOOL | : | |
| OF PHILADELPHIA AND PMA | : | |
| INSURANCE COMPANY), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.